**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:21-cr-86-VMC-JSS

ULISES MALKUM-BERNADES

_____

### ACCEPTANCE OF PLEA OF GUILTY
### AND ADJUDICATION OF GUILT

The defendant, Ulises Malkum-Bernades, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Julie S. Sneed on May 18, 2022. The Magistrate Judge issued a Report and Recommendation in which she recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Ulises Malkum-Bernades, be adjudicated guilty as to Count One.

3. That sentencing be scheduled for *August 4, 2022, at 11:00 AM*, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. **Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Tamecika Lee at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.**

**DONE** and **ORDERED** in Tampa, Florida 23rd day of May, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service